IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02187-AP

LISA A. LAPSLEY,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Teresa H. Abbott<br>Colo. Atty. Reg. # 27192<br>ABBOTT BOLTZ, LLP<br>3515 S. Tamarac Drive<br>Suite 200<br>Denver, CO 80237<br>(303) 757-5000<br>(303) 689-9627<br>abbott.teresa@gmail.com<br><br>Of Counsel<br>McDIVITT LAW FIRM<br>19 E. Cimarron Street<br>Colorado Springs, CO 80903<br>Telephone: (719) 471-3700<br>Fax: (719) 471-9782 | DAVID M. GAOUETTE<br>Acting United States Attorney<br><br>Kevin Thomas Traskos<br>Assistant U.S. Attorney<br>Kevin.Traskos@usdoj.gov<br><br>Allan Berger<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, CO 80294<br>Telephone: (303) 844-2149<br>Fax: (303) 844-0770<br>allan.berger@ssa.gov |

2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

3. DATES OF FILING OF RELEVANT PLEADINGS

 A. Date Complaint Was Filed: 10/08/2008

 B. Date Complaint Was Served on U.S. Attorney's Office: 12/02/08

 C. Date Answer and Administrative Record Were Filed: 01/16/08

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    The parties state to the best of their knowledge that the record appears to be complete.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

    The parties do not anticipate submitting additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    The parties state that his case does not involve unusual claims or defenses.

7. **OTHER MATTERS**

    The parties state to the best of their knowledge that there are no other matters.

8. **BRIEFING SCHEDULE**

    A.   Plaintiff's Opening Brief Due: 03/12/2009

    B.   Defendant's Response Brief Due: 04/13/2009

    C.   Plaintiff's Reply Brief Due: 04/28/2009

9. **STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**   Plaintiff requests oral argument.

    **B.**   Defendant's Statement**:**  Oral Argument is not requested.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    B.   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED: February 6, 2009

BY THE COURT:

<u>S/John L. Kane</u>
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Teresa H. Abbott<br>Teresa H. Abbott<br>Colo. Atty. Reg. # 27192<br>ABBOTT BOLTZ, LLP<br>3515 S. Tamarac Drive, Suite 200<br>Denver, CO 80237<br>(303) 757-5000<br>(303) 689-9627<br>abbott.teresa@gmail.com<br><br>Of Counsel<br>McDIVITT LAW FIRM<br>19 E. Cimarron Street<br>Colorado Springs, CO 80903<br>Telephone: (719) 471-3700<br>Fax: (719) 471-9782<br><br>Attorneys for Plaintiff | DAVID M. GAOUETTE<br>Acting United States Attorney<br><br>Kevin Thomas Traskos<br>Assistant U.S. Attorney<br>kevin.traskos@usdoj.gov<br><br>Allan Berger<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, CO 80294<br>Telephone: (303) 844-2149<br>Fax: (303) 844-0770<br>allan.berger@ssa.gov<br><br>Attorneys for Defendant |