IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **08-cv-2187-AP**

**LISA A. LAPSLEY,**

   Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

   Defendant.

# ORDER

Kane, J.

  Defendant's Unopposed Motion to Remand (doc. #14), filed May 11, 2009, is GRANTED.

  This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

  Dated: May 14, 2009.

           BY THE COURT:

           *s/John L. Kane*
           JOHN L. KANE, SENIOR JUDGE
           UNITED STATES DISTRICT COURT