IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **08-cv-2187-AP**

**LISA A. LAPSLEY,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

---

## **ORDER**
---

Kane, J.

Plaintiff's Unopposed Motion for Attorney Fees pursuant to the Equal Access to Justice Act, (doc. #17), filed June 8, 2009, is **GRANTED**.  In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees in the amount of **$5,370.90**.

Dated at Denver, Colorado, this 10th day of June, 2009.

                              BY THE COURT:

                              *S/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT